UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MITCHELL HUDSON, | : | Case No. 1:15-cv-151 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| DR. T. HEYD, *et al.*, | : | |
| Defendants. | : | |

# DECISION AND ENTRY ADOPTING
# THE REPORT AND RECOMMENDATIONS
# OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on June 1, 2015, submitted a Report and Recommendations. (Doc. 5). Plaintiff did not file objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety. Accordingly:

1. This civil action is **DISMISSED** for lack of prosecution;

2. This civil action is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED**.

Date:  6/23/2015                                             _/s/Timothy S. Black_____
                                                                                                                    Timothy S. Black
                                                                                                                    United States District Judge